UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. No.: 0:09-1021-JFA |
|---|---|---|
| v. | ) | ORDER |
| DAVID LEE CRADLE, JR. | ) | |

The defendant has filed a *pro se* motion to modify his sentence under 18 U.S.C. §3582, pursuant to Amendment 750 and the Fair Sentencing Act of 2010. The government is respectfully requested to respond to this motion within thirty days.

The United States Probation Office is requested to prepare and file a Sentence Reduction Report to assist the court in determining if the defendant is eligible for a reduction of his sentence.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

September 11, 2012
Columbia, South Carolina