IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:09-1021-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMOND WILSON | ) | |
| | ) | |
| _____ | ) | |

The defendant, Demond Wilson, pled guilty to drug conspiracy charges, and was sentenced to a custodial term of 127 months.

The government has now filed a motion for a reduction of sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure. Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of other individuals which conforms to the guidelines and policy statements issued by the United States Sentencing Commission pursuant to 28 U.S.C. § 994. In connection with its motion, the government recommends a reduction to a guideline range of 87 to 108 months, with a sentence imposition at the bottom of that range.

Consistent with its standard practice, this court advised the defendant that the government's motion to reduce his sentence had been filed and invited him to provide information that the court might consider in determining the extent of the departure. The defendant did not respond to the court's notice.

After carefully reviewing the materials submitted by the government, this court is of the opinion that a reduction is appropriate in this case. Therefore, the defendant's new offense level is 27 (from the original offense level of 31[1]) and the criminal history category remains at III, yielding an advisory sentencing range of 87 to 108 months imprisonment.

Accordingly, the government's motion for a reduction of sentence is hereby granted. The custodial portion of the defendant's sentence is hereby reduced to a term of 87 months. All other aspects of the original sentence remain in full force.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

February 21, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

---

[1] The defendant's original guideline range was 135 to 168 months (history category III, offense level 31). The court granted a variance under 18 U.S.C. § 3553(a) and sentenced the defendant to 127 months incarceration.